UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GIBSON,

                Plaintiff,

-against-

MOUNT VERNON MONTEFIORE HOSPITAL EXECUTIVE DIRECTOR; M.D. MARIE SAMUELS; M.D. GAETAN ZAMILUS; M.D. JANICE WOLFRIEDMAN,

                Defendants.

22-CV-4213 (KMK)

ORDER OF SERVICE

KENNETH M. KARAS, United States District Judge:

    Plaintiff, who is currently incarcerated at March Correctional Facility, paid the filing fees to commence this *pro se* action.

    The Clerk of Court is directed to issue summonses as to Defendants Mount Vernon Montefiore Hospital Executive Director, Dr. Marie Samuels, Dr. Gaetan Zamilus, and Dr. Janice Wolfriedman.  Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.  If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of the Court is also directed to send Plaintiff an Application to Proceed In Forma Pauperis.

SO ORDERED.

Dated:  September 29, 2022
           White Plains, New York

                                                      KENNETH M. KARAS
                                                    United States District Judge