UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GIBSON,

                Plaintiff,

-against-

MOUNT VERNON MONTEFIORE HOSPITAL EXECUTIVE DIRECTOR; DR. MARIE SAMUELS; DR. GAETAN ZAMILUS; DR. JANICE WOLFRIEDMAN,

                Defendants.

22-CV-4213 (KMK)

*VALENTIN* ORDER

KENNETH M. KARAS, United States District Judge:

    Plaintiff, currently incarcerated at Marcy Correctional Facility, brings this pro se Action under 42 U.S.C. § 1983, alleging deliberate indifference to medical needs. By Order dated November 28, 2022 the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis.[1]

    Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the Court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). It is therefore ordered that the Attorney General, who is the attorney for and agent of the medical personnel whom Defendant seeks to sue, shall ascertain the addresses where these Defendants may be served. The Attorney General shall provide this information to Plaintiff and the Court within 60 days of the date of this Order.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

The Clerk of Court is also directed to mail a copy of this Order and the Complaint to the New York State Attorney General at: 28 Liberty Street, New York, NY 10005.

SO ORDERED.

Dated: December 1, 2022
       White Plains, New York

                                                      KENNETH M. KARAS
                                                 United States District Judge