UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DAVID GIBSON,

                     Plaintiff,         **NOTICE OF APPEARANCE**

    - against -                   Index No. 7:22-CV-04213-KMK

MOUNT VERNON MONTEFIORE EXECUTIVE
DIRECTOR, M.D. MARIE SAMUELS, DR.
GAETAN ZAMILUS, M.D. JANICE
WOLFRIEDMAN,

                     Defendants.

---------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, appears as attorneys on behalf of MONTEFIORE MOUNT VERNON HOSPITAL, sued herein as "Mount Vernon Montefiore Hospital Executive Director", in the above-captioned matter, and hereby requests that a copy of all pleadings, notices, orders and other filings be served upon the undersigned.

Dated:    New York, New York
            March 8, 2023

                                            Yours, etc.

                                            <u>Peter J. Fazio</u>
                                            BY:  Peter J. Fazio, Esq.
                                            AARONSON, RAPPAPPORT, FEINSTEIN
                                             & DEUTSCH, LLP
                                            Attorneys for Defendant
                                            MONTEFIORE MOUNT VERNON HOSPITAL,
                                            s/h/a "Mount Vernon Montefiore Hospital
                                            Executive Director"
                                            Office & P.O. Address
                                            600 Third Avenue
                                            New York, NY 10016
                                            (212) 593-6700

-2-

To:   **Via Certified & Regular Mail**
David Gibson, Plaintiff *Pro Se*
4081 De Reimer Avenue
Bronx, New York 10466

**Via ECF Only**
Office of the Attorney General
State of New York
Attorneys for Defendants
Gaetan Zamilus, M.D.
Janice Wolfriedman, M.D.
28 Liberty Street
New York, New York 10005

-2-